77

(No. 7089—Claimant )

BOWMAN PRODUCTS COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed September 17, 1973.*

CARDOSE AND CARDOSE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7105—Claimant )

JAMES J. TRAVERS, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF Public INSTRUCTION, Respondent.

*Opinion filed September 17, 1973.*

JAMES J. TRAVERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.